*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 5, 2015          519046
_____

In the Matter of RASHID
    LALIVERES,
                    Petitioner,

        v                                MEMORANDUM AND JUDGMENT

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                    Respondent.
_____

Calendar Date:  December 2, 2014

Before:  Peters, P.J., McCarthy, Lynch and Devine, JJ.

_____

        Rashid Laliveres, Dannemora, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision which found petitioner guilty of violating
a prison disciplinary rule.

        Petitioner, a prison inmate, commenced this CPLR article 78
proceeding challenging a disciplinary determination finding him
guilty of drug use.  The Attorney General has advised this Court
that the determination at issue has been administratively
reversed, all references thereto expunged from petitioner's
institutional record and the mandatory $5 surcharge refunded to
his inmate account.  We note that, although not referenced in the
letter from the Attorney General, "any loss of good time incurred

by petitioner as a result of the determination should be restored" (Matter of Benitez v Fischer, 118 AD3d 1237, 1238 [2014] [internal quotation marks and citations omitted]). Otherwise, petitioner has received all the relief to which he is entitled and this proceeding is dismissed as moot (see Matter of Canales-Sanchez v Schneiderman, 107 AD3d 1258, 1259 [2013]).

    Peters, P.J., McCarthy, Lynch and Devine, JJ., concur.


    ADJUDGED that the petition is dismissed, as moot, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court